# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

**MAX KHAZANOV,**

   **Petitioner,**

**v.**

**Scott LADWIG, Acting Field Office Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, New Orleans Field Office, in his official capacity;**

**Todd M. LYONS, Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement, in his official capacity;**

**Markwayne MULLIN, U.S. Secretary of Homeland Security, in his official capacity;**

**and**

**Todd BLANCHE, Acting U.S. Attorney General, in his official capacity;**

   **Respondents.**

**No. 3:26-00401**

## TEMPORARY RESTRAINING ORDER

In order to preserve this Court's jurisdiction, and pursuant to the All Writs Act, 28 U.S.C. § 1651, it is ordered that the Petitioner, Max Khazanov, not be removed from the United States or moved out of the territory of the Middle District of Tennessee pending further order of this Court.

1

If Petitioner has been moved out of the territory of the Middle District of Tennessee prior to this order, it is further ordered that Petitioner not be moved out of the State of Tennessee pending further order of this Court.

IT IS SO ORDERED

ALETA A. TRAUGER
U.S. District Judge

2