**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| MAX KHAZANOV, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No.  3:26-cv-401 |
| | ) | Judge Trauger |
| SCOTT LADWIG, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## ORDER

It is hereby ORDERED that petitioner's counsel shall immediately file any paperwork associated with "the revocation of his order of supervision" on August 6, 2025, as referred to, but not explained, in his Verified Petition for Writ of Habeas Corpus (Doc. No. 1 at 8). Petitioner's counsel shall also immediately file any paperwork associated with the petitioner's biometrics appointment, for which he apparently failed to appear. (Doc. No. 1 at 6).

Petitioner's counsel shall make immediate contact with the U.S. Attorney's Office for the Middle District of Tennessee to alert them to the Amended Temporary Restraining Order (Doc. No. 6).

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge