Motion GRANTED.
A hearing is set for 6/3/2026 at 1:30 p.m.
Briefing schedule ordered.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MAX KHAZANOV, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 3:26-cv-00401 |
| Scott LADWIG, *Acting Field Office Director of* | ) | Judge Trauger |
| *Enforcement and Removal Operations, New* | ) | |
| *Orleans Field Office, Immigration and* | ) | |
| *Customs Enforcement, et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

**JOINT MOTION TO SET PRELIMINARY INJUNCTION HEARING AND HEARING ON AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

Petitioner Max Khazanov and Respondents, by and through the United States Attorney for the Middle District of Tennessee (collectively, the "Parties"), through undersigned counsel, hereby submit this Joint Motion to Set Preliminary Injunction Hearing and Amended Petition for Writ of Habeas Corpus Hearing ("Motion"). In support of this Motion, the Parties state as follows:

1. In its Order of April 20, 2026, this honorable Court continued its previously scheduled Preliminary Injunction Hearing to be re-scheduled on an alternative date. (D.E. 21).

2. Counsel for the Parties have now conferred and proposed the following hearing dates on which the Court may reset the hearing on such Preliminary Injunction and/or the Amended Verified Petition for Writ of Habeas Corpus ("Amended Petition") filed by the Petitioner on April 24, 2026 (D.E. 22) on **either Thursday, May 21, 2026, Wednesday, June 3, 2026, or Friday, June 5, 2026**, subject to any conflicts that may be present in the Court's docket schedule.

3. In order to meet the dates submitted for this proposed hearing schedule, the Parties' counsel also agree that the Court should set the following briefing schedule on the Amended Petition (D.E. 22):